**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Brian Sexton

Plaintiff,

v.

Case No.: 1:26−cv−04913
Honorable April M. Perry

Jamila Aldasheva, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 30, 2026:

MINUTE entry before the Honorable April M. Perry: This case was filed without any filing fee or application to proceed in forma pauperis. Plaintiff must either pay the filing fee or submit an in forma pauperis application requesting permission to proceed without paying the filing fee by 5/11/2026 or this case will be dismissed. The Court will not resolve any pending motions until Plaintiff resolves his fee status. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.